Hill Unemployment Compensation Case.

Argued December 12, 1968. *Edlow Hill*, claimant, appellant, in propria persona; *Sydney Reuben*, Assistant Attorney General, with him *William C. Sennett*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

Igoe *v.* Yori, Appellant.

Before SCHEIRER, J.

Argued December 13, 1968. *Edward N. Cahn*, for appellant; *Harry A. Kitey*, for appellees.

Judgment affirmed.

Navitsky, Appellant, *v.* Lehigh Valley Anthracite, Inc.

Argued December 11, 1968. *W. J. Krencewicz*, for appellant; *Penrose Hertzler*, for appellee.

Judgment affirmed.